FILED

08 AUG -8 PM 2:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSE MAYORQUIN-VILLA (1),<br>   aka Chepe,<br>RAUL RODRIGUEZ-OROZCO (2),<br>   aka Raulito,<br>   aka Viruta,<br>JUAN PEREZ-MASCURRO (3),<br>   aka Cacheton,<br>   aka Panza,<br>ALEXANDER FLORENCIO<br>      MAYORQUIN (4),<br>WILLIAM JESUS<br>      AMEZCUA-FLORES (5),<br>   aka Willie,<br>MICHAEL MARTIN PEREZ (6),<br>TEODORO PEREZ-MASCURRO (7),<br>   aka Chito,<br>   aka Negro,<br><br>            Defendants. | Criminal Case No. 08CR2642 JAH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Heroin; Title 21, U.S.C., Secs. 952, 960, 963 - Conspiracy to Import Methamphetamine and Heroin; Title 18, U.S.C., Secs. 1956(h), 1956(a)(2)(A), Conspiracy to Launder Money; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine and Heroin; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine and Heroin with Intent to Distribute; Title 21, U.S.C., Sec. 952 and 960 - Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853, and Title 18, U.S.C., Sec 982 - Criminal Forfeiture |

The grand jury charges:

//

//

//

JSS:nlv(1):San Diego
8/8/08

## Count 1

Beginning at a date unknown to the grand jury and continuing up to and including July 11, 2008, within the Southern District of California, and elsewhere, defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, WILLIAM JESUS AMEZCUA-FLORES, aka Willie, MICHAEL MARTIN PEREZ, and TEODORO PEREZ-MASCURRO, aka Chito, aka Negro, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance and one (1) kilogram and more of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 2

Beginning at a date unknown to the grand jury and continuing up to and including July 11, 2008, within the Southern District of California, and elsewhere, defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, and WILLIAM JESUS AMEZCUA-FLORES, aka Willie, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to import 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance and one (1) kilogram and more of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

//
//

Count 3

Beginning at a date unknown to the grand jury and continuing up to and including July 11, 2008, within the Southern District of California and elsewhere, defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, and WILLIAM JESUS AMEZCUA-FLORES, aka Willie, did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to commit offenses against the United States under Title 18, United States Code, Section 1956, namely:

Knowing that property involved in a financial transaction represented proceeds of some form of unlawful activity, which was, in fact, the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), transported and attempted to transport monetary instruments, to wit, U.S. currency, from a place in the United States to a place outside the United States, with the intent to promote the carrying on of distribution of controlled substances, knowing that the transactions were designed in whole or in part to promote the carrying on of said specified unlawful activity; in violation of Title 18, United States Code, Section 1956(a)(2)(A).

All in violation of Title 18, United States Code, Section 1956(h).

Count 4

On or about October 17, 2007, within the Southern District of California, defendant RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, did knowingly and intentionally distribute approximately 18.5 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

#### Count 5

On or about November 1, 2007, within the Southern District of California, defendant RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, did knowingly and intentionally distribute approximately 18.3 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

#### Count 6

On or about March 10, 2008, within the Southern District of California, defendant JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, did knowingly and intentionally distribute approximately 6.25 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

#### Count 7

On or about March 19, 2008, within the Southern District of California, defendant RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, did knowingly and intentionally distribute 100 grams and more of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

#### Count 8

On or about April 3, 2008, within the Southern District of California, defendant JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 55.93 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//

## Count 9

On or about April 18, 2008, within the Southern District of California, defendants JOSE MAYORQUIN-VILLA, aka Chepe, and ALEXANDER FLORENCIO MAYORQUIN, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 6.97 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 10

On or about April 18, 2008, within the Southern District of California, defendants JOSE MAYORQUIN-VILLA, aka Chepe, and ALEXANDER FLORENCIO MAYORQUIN, did knowingly and intentionally import 50 grams and more of methamphetamine (actual), to wit: approximately 6.97 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952, and 960, and Title 18, United States Code, Section 2.

## Count 11

On or about May 20, 2008, within the Southern District of California, defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, and MICHAEL MARTIN PEREZ, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 2.62 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                              Count 12

On or about May 20, 2008, within the Southern District of California, defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, and MICHAEL MARTIN PEREZ, did knowingly and intentionally possess, with intent to distribute, one hundred grams and more of heroin, to wit: approximately 996 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                              Count 13

On or about July 10, 2008, within the Southern District of California at a residence located at 5430 Churchward Street, San Diego, California, defendants RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, and JUAN PEREZ-MASCURRO, did knowingly and intentionally possess, with intent to distribute, 100 grams and more of heroin, to wit: approximately 538 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                              Count 14

On or about July 10, 2008, within the Southern District of California, at a residence located at 5430 Churchward Street, San Diego, California, defendants RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, and JUAN PEREZ-MASCURRO, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 210 grams of methamphetamine (actual), a Schedule II Controlled Substance; in
//

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 15

On or about July 10, 2008, within the Southern District of California, at a residence on the 2100 block of Ocean View Boulevard, San Diego, California, defendants RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, and JUAN PEREZ-MASCURRO, did knowingly and intentionally possess, with intent to distribute, 100 grams and more of heroin, to wit: approximately 456 grams of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Criminal Forfeiture Allegation

1. The allegations contained in Counts 1 through 15 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 2 and 4 through 15 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, WILLIAM JESUS AMEZCUA-FLORES, aka Willie, MICHAEL MARTIN PEREZ, and TEODORO PEREZ-MASCURRO, aka Chito, aka Negro, shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained,

directly or indirectly, as the result of the felony offenses alleged in this indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. As a result of the commission of the felony offense alleged in Count 3, said violation being punishable by imprisonment for more than one year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants JOSE MAYORQUIN-VILLA, aka Chepe, RAUL RODRIGUEZ-OROZCO, aka Raulito, aka Viruta, JUAN PEREZ-MASCURRO, aka Cacheton, aka Panza, ALEXANDER FLORENCIO MAYORQUIN, and WILLIAM JESUS AMEZCUA-FLORES, aka Willie, shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 18, united States Code, Section 982.

DATED: August 8, 2008.

A TRUE BILL:

*/signature/*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */signature/*
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney