ORIGINAL

FILED

2008 AUG 22 PM 12: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2642JAH |
|---|---|
| Plaintiff, | |
| v. | **FINDINGS OF FACT AND ORDER RE WAIVER OF DETENTION PENDING TRIAL** |
| TEODORO PEREZ-MASCURRO (7), | |
| Defendant. | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was scheduled for August 19, 2008, to determine whether defendant TEODORO PEREZ-MASCURRO (the "Defendant") should be held in custody pending trial and, if convicted, sentencing on the above-captioned matter. Assistant U.S. Attorney Joseph Smith, Jr. appeared on behalf of the United States; Attorney Bernard Skomal appeared on behalf of the Defendant.

At the hearing on August 19, 2008, the Defendant knowingly and voluntarily waived his right, on the record and through counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial, and if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and

1  conditions of release, and without prejudice or a waiver of the right of the United States to seek
2  detention in the event of an application by Defendant for such relief.

3  **ORDER**

4  IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted,
5  sentencing in these matters.

6  IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney
7  General or his designated representative for confinement in a corrections facility separate, to the
8  extent practicable, from persons awaiting or serving sentences or being held in custody pending
9  appeal. The Defendant shall be afforded reasonable opportunity for private consultation with
10 counsel.

11 While in custody, upon order of a court of the United States or upon the request of an
12 attorney for the United States, the person in charge of the correctional facility shall deliver the
13 Defendant to the United States Marshal for the purpose of an appearance in connection with a court
14 proceeding or any other appearance stipulated to by defense and government counsel.

15 This order is made without prejudice to modification by this Court and without prejudice
16 to the Defendant's exercise of his right to bail and a detention hearing at a future date.

17 IT IS SO ORDERED.
18 DATED: August 22, 2008

RUBEN B. BROOKS
19 United States Magistrate Judge

20 Prepared by:

21
22 Joseph S. Smith, Jr.
   Assistant U.S. Attorney
23
24
25
26
27
28                                   2